MORRIS CHRISTATOS, Respondent, v. CLIFFORD V. BROKAW and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CLORENDO RESCO, an Infant, etc., Respondent, v. THE CITY OF NEW YORK, Appellant. SALVATORE RESCO, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MATILDA WEISBECKER and Others, Respondents, v. JOHN MOHL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MILLER BROS. HAT CO., INC., v. A. D. SMITH SONS COMPANY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

NICOLO GUGGINO, Appellant, v. PIETRA GUGGINO, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ROSA FRANK, Appellant, v. REBECCA WITLIN, Individually and as Administratrix, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EMIL HEIM, Respondent, v. ADOLPH SPATH, Appellant, Impleaded, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GARSTAFF REALTY CO., INC., Respondent, v. CELIA M. PEARLSTEIN, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS COHEN, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LOUIS R. FINBERG, Respondent, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EDWARD R. SMEAD, Respondent, v. SAMSON ROSENBLATT, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LANYON'S DETECTIVE AGENCY, INC., Respondent, v. JOHN COCHRANE and Another, Appellants.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.